

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00226-CV

| | | |
|---|---|---|
| $214.00 U.S. Currency, 1995 Chevrolet, and Firearm With Ammunition | § | From the 297th District Court |
| | § | of Tarrant County (S-11299) |
| v. | § | September 25, 2014 |
| The State of Texas | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM